**Harry DARLINGTON, Appellant,**

v.

**HARRAH'S NORTH KANSAS CITY, LLC, Respondent.**

No. WD 72092.

Missouri Court of Appeals, Western District.

Oct. 26, 2010.

Mark E. Kelly, Liberty, MO, for Appellant.

---

John R. Fox, Kansas City, MO, for Respondent.

Before LISA WHITE HARDWICK, C.J., JAMES EDWARD WELSH, J., and CHARLES E. ATWELL, Sp. J.

### ORDER

PER CURIAM:

Harry Darlington appeals the Labor and Industrial Relations Commission's decision denying him workers' compensation benefits. We affirm. Rule 84.16(b).